Law Offices of
## Donna R. Newman
Attorney at Law
20 Vesey Street, Suite 400
New York, New York 10007
Tel. 212-229-1516
Fax. 212-593-1844
cell: 201-306-4369
donnanewmanlaw@aol.com

Member: N.Y. & N.J. Bar

April 28, 2020

**APPLICATION GRANTED**
**SO ORDERED** /s/ Vernon Broderick
**VERNON S. BRODERICK**
**U.S.D.J.** 4/29/2020

**Via Email & ECF**
Hon. Vernon S. Broderick
United States District Judge
United States Courthouse
40 Foley Square
New York, NY 10007

          Re:    <u>United States v. Rashad Crews, Larry Harris, et al.</u>
                 16 Cr. 00851 (VSB)

Dear Judge Broderick:

      I was appointed pursuant to the Criminal Justice Act ("CJA"), 18 U.S.C. § 3006A, to represent Mr. Harris in the above referenced case. On June 2, 2018, the Court sentenced Mr. Harris to a term of 3 years incarceration. Mr. Harris currently serving his sentence. He recently contacted me and asked me to file with this Court a motion seeking his resentencing pursuant to the First Step Act/ Compassionate Release provisions. I write to request the Court reappointment me under the CJA to represent Mr. Harris in connection with the filing of such a motion. If the Court grants such a request, I would ask that the Court order my reappointment *nunc pro tunc* from April 18th which is the date I began working on the aforementioned motion on his behalf. It is my intent to file the motion this week.
      I thank the Court for its consideration of this request.

Respectfully submitted,
    /s/
Donna R. Newman