```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
    UNITED STATES OF AMERICA,              :
                                           :
                                           :
            -against-                      :
                                           :         16-CR-851 (VSB)
                                           :
    RASHAD CREWS, et al.,                  :              ORDER
                                           :
                        Defendants.        :
------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/16/2020

<u>VERNON S. BRODERICK</u>, United States District Judge:

I am in receipt of Defendant Larry Harris's motion for compassionate release filed on June 15, 2020. (Doc. 287.) Accordingly, it is hereby:

ORDERED that the Government is directed to file opposition to the motion, if any, on or before June 22, 2020.

SO ORDERED.

Dated:   June 16, 2020
         New York, New York

*Vernon Broderick*
Vernon S. Broderick
United States District Judge